AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**HOWARD CAGLE**
**PDID:** xxx-xxx
**DOB:** xx/xx/78

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __SEPTEMBER 11, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s), (Track Statutory Language of Offense)

using a dangerous or deadly weapon, that is a Crossman BB gun: did unlawfully, knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate and interfere with a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties.

in violation of Title __18__ United States Code, Section(s) __111(a)(1) & (b)__.

I further state that I am __SERGEANT JOHN J. BRENNAN__ and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**SERGEANT JOHN J. BRENNAN**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                                              City and State

_____   _____
**Name & Title of Judicial Officer**              **Signature of Judicial Officer**