## **STATEMENT OF FACTS**

On September 11, 2005 at about 2:15 a.m., sworn officers of the Metropolitan Police Department's Major Narcotics Branch were conducting an undercover operation in the 600 block of Orleans Place, N.E. Washington, D.C. Investigator, Randy Parker, who is authorized to act as a federal law enforcement agent, met with the defendant, Howard Cagle, and attempted to make a drug purchase. As the investigator was talking to the defendant, the defendant placed a handgun to the officer's head . The investigator, fearing for his life, removed his service weapon and shot the defendant. The defendant dropped his weapon and officers recovered a Crossman BB gun. The defendant was placed under arrest and transported to the hospital.

_____
SERGEANT JOHN J. BRENNAN
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF SEPTEMBER, 2005.


_____
U.S. MAGISTRATE JUDGE