IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | MAG NO 05-0495 (JMF) |
| ) | |
| ) | |
| **HOWARD CAGLE,** ) | |
| ) | |
| Defendant. ) | |

---

### NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

```
                        Respectfully submitted,

                        A.J. KRAMER
                        FEDERAL PUBLIC DEFENCER


                                /S/
                        By:_____
                        CARLOS G. VANEGAS
                        Assistant Federal Public Defender
                        625 Indiana Avenue, N.W., Suite 550
                        Washington, D.C.  20004
                        (202) 208-7500
```

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served this 22ND day of September 2005 upon BARRY WIEGAND, Office of the United States Attorney for the District of Columbia, 555 Fourth Street., N.W., Washington, D.C. 20538.

```
                                /S/
                        By:_____
                        CARLOS, G. VANEGAS
```